UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: **1:24-cv-23336-RAR**

**HOWARD COHAN,**

Plaintiff,

vs.

**COLD STONE CREAMERY, INC.**

Defendant.
_________________________________/

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 16.4, the parties hereby give notice that they have tentatively settled this action and request the Court give them 30 days, through 10/24/24, to submit a stipulation of settlement to the Court, and that the Court may, if it chooses to do so, cancel the telephonic status conference set for Thursday, 9/26/24, at 10:30 AM.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2024, a true and correct copy of the foregoing has been emailed to: **Gregory S. Sconzo, Esq.,** and **Samantha L. Simpson, Esq**., Sconzo Law Office, P.A**.,** 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, FL 33410 (**Email:** greg@sconzolawoffice.com; samantha@sconzolawoffice.com; perri@sconzolawoffice.com).

**THE PIVNIK LAW FIRM**
7700 N. Kendall Drive., Suite 703
Miami, FL 33156
Ph: (305) 670-0095
JPivnik@Pivniklaw.com
Pivniklaw@aol.com

By: **S/Jerome A. Pivnik**
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408